

**IN THE
TENTH COURT OF APPEALS**

**No. 10-17-00372-CV**

**IN THE INTEREST OF S.R., A CHILD**

**From the County Court at Law
Bosque County, Texas
Trial Court No. CV16242**

## O R D E R

The "Appellant's Brief and Appendix," filed on March 2, 2018, is stricken.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed March 28, 2018

